UNITED STATES OF AMERICA

    VS.

DEFENDANT                                       CRIMINAL NO.

                          TRANSCRIPT FILED IN HARD COPY